**MASON LLP**
Danielle L. Perry (CA SBN 292120)
5335 Wisconsin Ave., NW, Suite 640
Washington, DC 20015
Telephone: (202) 429-2290
Facsimile: (202) 429-2294
Email: dperry@masonllp.com

*Counsel for Plaintiff(s) and the Proposed Class*

[Additional counsel appear on signature page]

# UNITED STATES DISTRICT COURT
# CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| LYNN AUSTIN, individually and on behalf of all others similarly situated,<br><br>Plaintiff(s),<br><br>v.<br><br>REGAL MEDICAL GROUP, INC.<br><br>Defendant. | Case No.: 2:23-cv-01077-AB-SP<br><br>**NOTICE OF VOLUNTARY DISMISSAL WITHOUT PREJUDICE** |

Pursuant to Rule 41(a)(1)(A)(i) of Federal Rules of Civil Procedure, Plaintiff Lynn Austin hereby voluntarily dismisses this action in its entirety without prejudice, with each party to bear their own costs.

DATED: March 2, 2023                    Respectfully submitted,

                                        By: */s/ Danielle L. Perry*
                                        Danielle L. Perry (CA SBN 292120)
                                        Gary E. Mason*

NOTICE OF VOLUNTARY DISMISSAL WITHOUT PREJUDICE

Lisa A. White*
**MASON LLP**
5335 Wisconsin Ave., NW, Suite 640
Washington, DC 20015
Tel: (202) 429-2290
dperry@masonllp.com
gmason@masonllp.com
lwhite@masonllp.com

Jill J. Parker (CA SBN 274230)
S. Emi Minne (CA SBN 253179)
**PARKER & MINNE, LLP**
700 S. Flower Street, Suite 1000
Los Angeles, CA 90017
Tel: (310) 882-6833
jill@parkerminne.com
emi@parkerminne.com

*Counsel for Plaintiff(s)*
*\*pro hac vice previously filed*

# CERTIFICATE OF SERVICE

I hereby certify that on March 2, 2023, I caused a true and correct copy of the foregoing **NOTICE OF VOLUNTARY DISMISSAL WITHOUT PREJUDICE** to be electronically filed via this Court's CM/ECF System, which will serve all counsel of record.

By: */s/ Danielle L. Perry*
Danielle L. Perry